CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

MAY 24 2010

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| PATTY A. HAMILTON, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:09CV00037 |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| COMMISSIONER OF SOCIAL ) | By: James P. Jones |
| SECURITY, ) | Chief United States District Judge |
| ) | |
| Defendant. ) | |

It appearing that no objections have been timely filed to the Report filed April 27, 2010, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2. The Motion for Summary Judgment by the Commissioner of Social Security ("Commissioner") is GRANTED;

3. The final decision of the Commissioner is AFFIRMED; and

4. This case is closed.

ENTER: May 24, 2010

_____
Chief United States District Judge